AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, SOUTHERN DIVISION__

EMERALD COAST FINEST PRODUCE
COMPANY, INC.

V.

DANNY FREEMAN dba DANNY'S PRODUCE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv133-mht

TO: (Name and address of Defendant)

DANNY FREEMAN dba DANNY'S PRODUCE
706 E. Lawrence Hwy
Slocumb, AL 36375

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GILBERT L. FONTENOT
P. O. Box 1281
Mobile, AL 36633

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*Charlene Campbell*
(By) DEPUTY CLERK

DATE: 2-15-07

Received in Office
FEB 26 2007
Geneva County Sheriff Department

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02/26/2007 |
| NAME OF SERVER (PRINT) Ben Beasy | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Defendant's residence @ 1522 Lafollette Rd., Slocomb, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/26/2007        Ben Beasy
                Date            Signature of Server

Geneva Co. Courthouse, Geneva, AL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Received in Office

FEB 26 2007

Geneva County Sheriff Department