UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EMERALD COAST FINEST PRODUCE COMPANY, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CASE NO: 1:07cv133-MHT |
| **DANNY FREEMAN dba DANNY'S PRODUCE,** | ) ) ) |
| Defendant. | ) |

## APPLICATION FOR ENTRY OF DEFAULT

Comes now Emerald Coast Finest Produce Co., Inc., the Plaintiff, by and through undersigned counsel, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and requests that the Clerk of Court enter a default judgment against the Defendant, Danny Freeman dba Danny's Produce in the above case for the Defendant's failing to plead, answer, or otherwise defend. As grounds, Plaintiff would show that the Defendant was served with the Summons and Complaint on February 26, 2007, and that the time for filing said answer has expired.

Dated this 20th day of March, 2007.

    /s Gilbert L. Fontenot
GILBERT L. FONTENOT
MAPLES & FONTENOT, LLP
Attorney for Plaintiff
P.O. Box 1281
Mobile, Alabama   36633
(251) 432-2629

1