IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| EMERALD COAST FINEST PRODUCT COMPANY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANNY FREEMAN, d/b/a )<br>DANNY'S PRODUCE, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-cv133-MHT |

ENTRY OF DEFAULT

It appearing that defendant Danny Freeman, d/b/a Danny's Produce, was duly served with copies of the summons and complaint on February 26, 2007, and said party has failed to answer or otherwise defend this action as set out in the Affidavit and the Request for Entry of Default of plaintiff's attorney filed on March 20, 2007

DEFAULT is hereby entered against said defendant Danny Freeman, d/b/a Danny's Produce.

DONE this   26th   day of March, 2007.

　　　　　　　　　　　　　　　　　　　  /s/ Debra P. Hackett
　　　　　　　　　　　　　　　　　　DEBRA P. HACKETT
　　　　　　　　　　　　　　　　　　CLERK, UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF ALABAMA