UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMERALD COAST FINEST PRODUCE COMPANY, INC., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO: 1:07cv133-MHT |
| DANNY FREEMAN dba DANNY'S PRODUCE, ) ) ) | |
| Defendant. ) | |

## CORPORATE / CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure: For Plaintiff Emerald Coast Finest Produce Company, Inc., there are no other parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

Date:   March 27, 2007

/s/ Gilbert L. Fontenot
GILBERT L. FONTENOT
Attorney for Plaintiff
Maples & Fontenot, LLP
P. O. Box 1281
Mobile, AL 36633
(251) 432-2629

## CERTIFICATE OF SERVICE

I, the undersigned Attorney, hereby certify that I have served a copy of the foregoing Corporate/Conflict Disclosure Statement on this the 27th day of March, 2007, to the following:

| | | |
|---|---|---|
| Attention Danny Freeman dba Danny's Produce PO Box 104 Malvern, AL 36349 | Danny Freeman dba Danny's Produce 706 E. Lawrence Hwy Slocumb, AL 36375 | Attention Danny Freeman dba Danny's Produce 1522 Lafollette Street Slocumb, AL 36375 |

/s/ Gilbert L. Fontenot
GILBERT L. FONTENOT

1