IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 MAR 29 A 9: 44

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| EMERAL COAST FINEST PRODUCE COMPANY, INC., | * * * * |
| Plaintiff, | * * |
| VS | * Case No: 1:07CV133-MHT * |
| DANNY FREEMAN d/b/a DANNY'S PRODUCE, | * * * |
| Defendant. | * |

### NOTICE OF BANKRUPTCY

COMES NOW the Defendant, Danny Freeman d/b/a Danny's Produce, in the above styled cause and would show unto the Court that he has filed a Chapter 7 Bankruptcy in the Middle District of Alabama on March 23, 2007. Said case is pending and the case number is 07-10366. Emerald Coast Finest Produce Company, Inc. was listed as a creditor in the petition and the debt, which is the basis of the complaint filed in this Court, is contained in that petition.

Wherefore, the Defendant requests this Honorable Court to honor the Automatic Stay imposed by the Bankruptcy Act as amended. Further, the Defendant requests that the garnishment, if any, be dismissed and Garnishee discharged. Any funds withheld from Defendant's wages in possession of Garnishee be returned to Defendant and any said funds in the possession of the Clerk of Court be returned to the Defendant.

RESPECTFULLY SUBMITTED this 27 day of March, 2007.

_____
Michael D. Brock (BRO152)
Attorney for Defendant
P.O. Drawer 311167
Enterprise, AL 36331-1167
(334) 393-4357
(334) 393-0026 FAX

## Certificate of Service

  I hereby certify that I have this date mailed a copy of the foregoing to Clerk of Court and Gilbert L. Fontenot, Attorney for Plaintiff, P.O. Box 1281, Mobile, AL 36633 by placing a copy of the same in the U.S. Mail, postage prepaid and addressing it to the proper mailing address this 7 day of March, 2007.

                   Michael D. Brock (BRO152)
                   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMERAL COAST FINEST PRODUCE COMPANY, INC., | * * * * |
| Plaintiff, | * * |
| VS | * Case No: 1:07CV133-MHT |
| | * |
| DANNY FREEMAN d/b/a DANNY'S PRODUCE, | * * * |
| Defendant. | * |

### ORDER

The Defendant having notified this Court that he has filed bankruptcy, the Court Orders any further action stayed in this matter. Furthermore, the garnishment, if any exists, is hereby dismissed and Garnishee discharged. If any funds have been withheld from Defendant's wages pursuant to this garnishment and are in the possession of Garnishee, said funds shall be returned to Defendant, and if any of said funds are in the possession of the Clerk of Court, said funds shall be returned to the Defendant.

The Clerk of Court is directed to forward a copy of this order to the parties.

DONE this the _____ day of April, 2007.

_____
Judge
United States District Court

**Copies to:**

BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL 36331-1167

Gilbert L. Fontenot
P.O. Box 1281
Mobile, AL 36633