IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **EMERALD COAST FINEST** ) | |
| **PRODUCE COMPANY, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 1:07cv133-MHT |
| ) | |
| **DANNY FREEMAN, d/b/a** ) | |
| **Danny's Produce,** ) | |
| ) | |
|     **Defendant.** ) | |

### ORDER

In light of the notice of bankruptcy (Doc. No. 9), it is ORDERED that an on-the-record status conference is set for 8:45 a.m. on April 11, 2007. Counsel for defendant Danny Freeman is to arrange for the conference to be conducted by telephone.

DONE, this the 3rd day of April, 2007.

                          /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**