IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| EMERALD COAST FINEST PRODUCE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07cv133-MHT |
| DANNY FREEMAN, d/b/a Danny's Produce, | ) ) ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the notice of bankruptcy (Doc. No. 9) and based upon the representations made during an on-the-record status conference on April 11, 2007, it is ORDERED as follows:

(1) The motion for default judgment (Doc. No. 8) is denied with leave to renew.

(2) All proceedings in this case are stayed until the court receives notice that the bankruptcy stay has been lifted.

(3) **The clerk of the court is to close this case administratively.**

**DONE, this the 11th day of April, 2007.**


                          /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**