IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DANNY FREEMAN d/b/a DANNY'S PRODUCE, )<br>)<br>DEBTOR, )<br>)<br>EMERALD COAST FINEST PRODUCE )<br>COMPANY, INC. )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>DANNY FREEMAN d/b/a DANNY'S )<br>PRODUCE, )<br>)<br>DEFENDANT. ) | CASE NO.: 1:07-cv-133-MHT |

## MOTION TO WITHDRAW

COMES NOW the undersigned and hereby withdraws as attorney for the defendant and shows unto the Court that the undersigned only represented the defendant in his bankruptcy and not in the above styled case.

Respectfully submitted this 17th day of January, 2008.

                                                BROCK & STOUT
                                                /s/ Michael D. Brock
                                                Michael D. Brock {BRO152}
                                                Post Office Drawer 311167
                                                Enterprise, AL 36331
                                                (334) 393-4357
                                                (334) 393-0026 FAX

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Clerk of Court, Gilbert Larose Fontenot, Attorney for Plaintiff, P.O. Box 1281, Mobile, AL 36633, and Danny Freeman, 1522 Lafollette Road, Slocomb, AL 36375 by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 17th day of January, 2008.

                                                /s/ Michael D. Brock
                                                Michael D. Brock {BRO152}
                                                Attorney for Debtor