IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| EMERALD COAST FINEST ) | |
| PRODUCE COMPANY, INC., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:07cv133-MHT |
| ) | |
| DANNY FREEMAN, d/b/a ) | |
| Danny's Produce, ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 15) is granted.

DONE, this the 18th day of January, 2008.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE